EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Comisión Especial para Revisar el Funcionamiento del Programa de Educación Jurídica Continua | 2013 TSPR 53 188 DPR ____ |

Número del Caso: EN-2012-02

Fecha: 3 de mayo de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Comisión Especial para Revisar el Funcionamiento del Programa de Educación Jurídica Continua

EN-2012-02

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de mayo de 2013.

A la "Solicitud de reconsideración y/o petición de aclaración de Resolución", que presentó la Procuradora General, no ha lugar. Además, a las dos mociones informativas de las licenciadas Vanessa Sánchez Mendiola y Jeanette Collazo Ortiz, presentadas el 22 y 29 de abril de 2013, así como a la réplica del Colegio de Abogados de Puerto Rico presentada el 23 de abril de 2013, enterados.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Fiol Matta reitera su voto de 22 de abril de 2013. Asimismo, aclara que "la Comisión Especial para Revisar el Funcionamiento del Programa de Educación Jurídica Continua se creó mediante la Resolución EN-2012-02 de 13 de febrero de 2012 para que un organismo independiente y representativo de la clase togada evaluara profundamente cómo está funcionando el Programa y recibiera el insumo de todos los abogados y las abogadas que desearan expresarse sobre el tema. Cuando se creó la Comisión, se consideró idóneo que fuera la Oficina del Procurador General la que nombrara a dos abogados o abogadas para que representaran al sector Público.

Esto, en parte, debido a la estrecha colaboración de esa oficina con el proceso de disciplina de la abogacía a cargo del Tribunal Supremo, específicamente la investigación que realiza dicha oficina en casos de incumplimiento con los requisitos de educación jurídica continua. Por lo tanto, la frase "cesó así su injerencia" contenida en la Resolución del 22 de abril se refiere únicamente al nombramiento de los miembros de la Comisión y de ninguna manera debe interpretarse como que la Oficina de la Procuradora General no seguirá colaborando con sus recomendaciones y siendo informada de los trabajos de la Comisión a través de los o las representantes del sector público en este organismo, quienes quiera que sean". El Juez Presidente señor Hernández Denton se une a esas expresiones. La Juez Asociada señora Rodríguez Rodríguez emitió un voto particular disidente.


                         Aida Ileana Oquendo Graulau
                         Secretaria Tribunal Supremo

| In re:<br><br>Comisión Especial para Revisar el Funcionamiento del Programa de Educación Jurídica Continua | | EN-2012-02 |
| --- | --- | --- |

Voto particular disidente emitido por la Juez Asociada señora Rodríguez Rodríguez

San Juan, Puerto Rico, a 3 de mayo de 2013

Ante la determinación que toma hoy el Tribunal de, *de facto*, retirarle a la nueva Procuradora General la facultad que previamente le había reconocido a quien ocupó el cargo el cuatrienio pasado, no queda más que disentir. Para ello, hago mías las recientes expresiones del profesor Hiram Meléndez Juarbe, las cuales por su sencillez son la mar de elocuentes:

**¿Qué pasó con la marea?**

14 de Octubre de 2009 (*Yiyi Motors v. ELA*, 2009 TSPR 159)

"La independencia judicial no está en juego aquí. Es tiempo que aceptemos que el cambio en visión y filosofía jurídica por el que atraviesa este Tribunal no significa el fin del mundo ni la hecatombe jurídica. Se trata del flujo normal de la marea judicial en una democracia, producto indirecto del mandato del Pueblo expresado donde corresponde, en las urnas. Ese es nuestro sistema constitucional."

22 de abril de 2013 (*In re: Comisión Especial para Revisar el Funcionamiento del Programa de Educación Jurídica Continua,* 2013 TSPR 46)

"Nótese que la participación de los empleados públicos, como parte del proceso amplio de discusión promovido por este Tribunal, no puede afectarse por cambios de administraciones de ramas ajenas al Tribunal Supremo. Mucho menos puede catalogarse esa encomienda en la Comisión Especial como una que se llevará a cabo mientras goce de la confianza de la Oficina del Procurador General."

Hiram Meléndez Juarbe, "¿Qué pasó con la marea?", en *derechoalderecho, http://derechoalderecho.org/2013/05/01/que-paso-con-la-marea/* (última visita 3 de mayo de 2013).

Por todo lo anterior, respetuosamente disiento.


                              Anabelle Rodríguez Rodríguez
                                      Juez Asociada